```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| JOSE MEJICANOS,<br>        Movant,<br><br>    -v-<br><br>UNITED STATES OF AMERICA,<br>        Respondent. | 24-cv-1890 (JSR)<br><br><u>ORDER</u> |

JED S. RAKOFF, U.S.D.J.:

    The Clerk of Court is directed to place docket entry number 1 under seal.

    SO ORDERED.

New York, NY  
March 13, 2024

                                            _____  
                                            JED S. RAKOFF, U.S.D.J.