USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/12/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JOSE MEJICANOS,

                Movant,

     - against -

UNITED STATES OF AMERICA,

                Respondent.
-------------------------------------------------------------X

24-CV-1890 (JSR) (RWL)
20-CR-0130-02 (JSR)

**ORDER TO ANSWER**
29 U.S.C. § 2255

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      On May 13, 2024, the Government filed its opposition to Movant's motion to vacate pursuant to 28 USC 2255. The Government filed its opposition in 20-CR-130 (Dkt. 104), the underlying criminal action. Movant has not filed a reply. If Movant intends to file a reply, he shall do so by July 15, 2024. Movant shall file his reply under 24-CV-1890. In the absence of a reply, the Court will resolve the motion on the existing record.

      The Clerk of Court is respectfully directed to send a copy of this order to Movant at his address set forth in his notice of change of address filed at Dkt. 6.

                          SO ORDERED.

                          _____
                          ROBERT W. LEHRBURGER
                          UNITED STATES MAGISTRATE JUDGE

Dated: June 12, 2024
       New York, New York

The Court respectfully requests the Clerk of Court to mail a copy of this Order to the pro se Movant:

Jose Mejicanos
Reg. 73425-018
F.C.I. Coleman Low
P.O. Box 1031
Coleman, FL 33521