UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSE MEJICANOS.,<br><br>Movant,<br><br>-against-<br><br>UNITED STATES OF AMERICA.,<br><br>Respondent. | 24 CIVIL 1890 (JSR)(RWL)<br>20 CRIM 0130 (JSR)<br>**JUDGMENT** |

It is hereby **ORDERED, ADJUDGED AND DECREED**: That for the reasons stated in the Court's Order dated November 2, 2026, the Court finds itself in total agreement with the Report and hereby adopts its reasoning by reference. Mejicanos has failed to satisfy the requirements for establishing ineffective assistance of counsel. See Strickland v. Washington, 4 66 U.S. 668 (1984). Thus, the Court denies Mejicanos's motion pursuant to§ 2255 with prejudice. Because the Court concludes that Mej icanos has not made a substantial showing of the denial of a constitutional right, no certificate of appealability shall issue; accordingly, the case is closed.

**Dated:** New York, New York
November 5, 2026

**TAMMI M. HELLWIG**
**Clerk of Court**

**BY:**

**Deputy Clerk**